# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**COREY MARQUEE ADAMS (#357624)**

**VERSUS**

**BURL CAIN, ET AL.**

**CIVIL ACTION**

**NO. 13-530-BAJ-RLB**

## OPINION

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

**IT IS ORDERED** that the defendants' Motion for Partial Summary Judgment (Rec. Doc. 8) be granted in part, dismissing the plaintiff's claims asserted against defendants Burl Cain and Kenneth Norris, with prejudice, and that this matter be referred back for further proceedings in connection with the plaintiff's claims of deliberate indifference asserted against defendants Jason Collins, Randy Lavespere and Hal McMurdo, in the defendants' individual capacities.

Signed in Baton Rouge, Louisiana, on September 30, 2014.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA