UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

COREY MARQUEE ADAMS (#357624)

VERSUS

BURL CAIN, ET AL.

CIVIL ACTION

NO. 13-530-JWD-RLB

## O P I N I O N

After independently reviewing the entire record in this case and for the reasons set forth in Magistrate Judge's Report dated January 26, 2016, to which no objection was filed.

**IT IS ORDERED** that the Plaintiff's cross-motion for summary judgment (R. Doc. 50) is denied and that the Defendants' cross-motion for summary judgment (R. Doc. 51) is granted, dismissing the Plaintiff's claims asserted against the remaining defendants, with prejudice, and that this action shall be dismissed.

Signed in Baton Rouge, Louisiana, on <u>February 16, 2016</u>.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**